BANK v. WALLENS AND SCHAAF v. LONGIOTTI

No. 33 PC.

Case below: 26 N.C. App. 580.

Petition by defendant Longiotti for writ of certiorari to North Carolina Court of Appeals denied 7 October 1975.

GEORGE v. OPPORTUNITIES, INC.

No. 62 PC.

Case below: 26 N.C. App. 732.

Petition for writ of certiorari to North Carolina Court of Appeals denied 7 October 1975.

LAND CO. v. WHITE

No. 36 PC.

Case below: 26 N.C. App. 548.

Petition for writ of certiorari to North Carolina Court of Appeals denied 7 October 1975.

LOWDER, INC. v. HIGHWAY COMM.

No. 56 PC.

Case below: 26 N.C. App. 622.

Petition for writ of certiorari to North Carolina Court of Appeals denied 7 October 1975.

OVERTON v. BOYCE

No. 52 PC.

Case below: 26 N.C. App. 680.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 7 October 1975.